NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7023

FRANK J. KAKUK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1126, Judge Alan G. Lance, Sr.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

The Secretary of Veterans Affairs moves without opposition to stay the briefing schedule pending the Department of Veterans Affairs' publication in the Federal Register of final rules regarding the presumption of service connection for Parkinson's Disease based upon exposure to herbicides.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The parties are directed to file a status report every 90 days concerning the status of the publication of the final rules and are directed to inform

this court, within 21 days of the publication of the final rules, concerning how they believe that this appeal should proceed.

FOR THE COURT

APR 0 9 2010

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Richmond J. Brownson, Esq.
       Meredyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 9 2010

JAN HORBALY
CLERK

2010-7023                                    2